UNITED STATES COURT OF INTERNATIONAL TRADE

_____

|  |  |  |
|---|---|---|
| THE ANCIENTREE CABINET CO., LTD., | : | |
| Plaintiff, | : | |
| and | : | |
| CRAFT33 PRODUCTS, LLC, | : | |
| Consolidated Plaintiff, | : | |
| v. | : | Before: Richard K. Eaton, Judge |
| UNITED STATES, | : | Consol. Court No. 24-00223 |
| Defendant, | : | |
| and | : | |
| AMERICAN KITCHEN CABINET ALLIANCE, | : | |
| Defendant-Intervenor. | : | |

_____

**ORDER**

Upon consideration of Defendant's consent motion to consolidate cases, ECF No. 26, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that *Craft33 Products, LLC v. United States*, Court No. 24-00224, is consolidated into *The Ancientree Cabinet Co. v. United States*, Consol. Court No. 24-00223, as captioned above.

/s/ Richard K. Eaton
Judge

Dated:     May 27, 2025
          New York, New York